two statements were literally copied from the will of July, 1945. The proof is crystal clear that decedent never assented to either statement.

After careful consideration of the record on appeal I cannot escape the conviction that the document executed by decedent on June 28, 1948, was not his will but the will of the draftsman. Likewise, I am convinced that decedent had no understanding of what he was doing. He never intended to die intestate. It would be a wicked perversion of justice to hold that the document of June 28, 1948, is a valid will.

The decree appealed from should be reversed, with costs.

Callahan, J. P., Van Voorhis, Shientag and Bergan, JJ., concur in decision; Heffernan, J., dissents and votes to reverse in opinion.

Decree affirmed, with costs. No opinion.

JACOB BOGATEROFF, Appellant, v. YALE CAPLAN, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 280 App. Div. 862.]

JOSE P. PACIOS, Respondent, v. FRANK & MOLONEY, INC., Respondent-Appellant, and SALJOAN COAL & COKE CORPORATION, Appellant-Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 280 App. Div. 860.]

JAY H. SCHAFRANN, Appellant, v. DOUBLEDAY & COMPANY, INC., Respondent.— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

JEANNE M. ALLEN, an Infant, by Her Guardian ad Litem, THEODORE ALLEN, et al., Respondents, v. UNION SETTLEMENT ASSOCIATION, Appellant, et al., Defendants.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. LOUIS SOLOMON, Appellant.— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

JEANNETTE G. EDWARDS, Respondent, v. ALFRED EDWARDS, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of the Accounting of MABEL E. SCHULTE et al., as Executors of and Trustees under the Will of JOSEPH M. SCHULTE, Deceased. CENTRAL HANOVER BANK AND TRUST COMPANY (now HANOVER BANK), Individually and as Executor of JOSEPH M. SCHULTE, Deceased, Appellant;

ANTHONY SCHULTE and Others, Infants, by SAMUEL FALK, Their Special Guardian, Respondents.—

No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 280 App. Div. 776.]

BROADWAR CORPORATION, Respondent, v. HALLPARK REALTY, INC., Appellant. 251 BROADWAY CORPORATION, Respondent, v. HALLPARK REALTY, INC., Appellant, and BROADWAR CORPORATION, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

ISIDORE H. BERNHARD, Respondent, v. PLAYTOWN PRODUCTS, INC., et al., Appellants.—

No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

MARCELLE JULIEN, INC., Appellant, v. RALPH HYMAN, INC., Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

STANLEY M. ROSE, Appellant, v. BASIL HANIOTIS, Respondent.—

No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

PARAMOUNT COSMETICS, INC., et al., Respondents, v. NICHOLAS A. STAVROUDIS, Appellant.—

Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

HAGAN CORPORATION, Appellant, v. MEDICAL SOCIETY OF THE COUNTY OF NEW YORK et al., Respondents.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLORIA GOODE, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

RALPH FRENCH, Respondent, v. LOUIS CAPUTO, as President of District Council No. 9, Brotherhood of Painters, Decorators and Paperhangers for the Boroughs of Manhattan and The Bronx, et al., Appellants, et al., Defendants.—

No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.